# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **JULIE MARTIN,** as an individual, and on behalf of all others similarly situated, | Case No.: 12-cv-4846-CRB |
| | **CLASS ACTION** |
| *Plaintiff,* | [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE AND DEFENDANT'S MOTION TO DISMISS, STAY, OR TRANSFER PROCEEDINGS PURSUANT TO "FIRST-TO-FILE" RULE |
| *vs.* | |
| | Hearing Date: December 7, 2012 |
| | Hearing Time: 10:00 a.m. |
| | Courtroom: 6 |
| **THE KELLOGG CO.** and **KASHI CO.** | Judge: The Honorable Charles R. Breyer |
| *Defendants.* | Complaint Filed: September 14, 2012 |
| | Trial Date: TBD |

Upon due consideration of the STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE and DEFENDANT'S MOTION TO DISMISS, STAY, OR TRANSFER PROCEEDINGS

---

PURSUANT TO "FIRST-TO-FILE" RULE ("Stipulation"), and for good cause shown, the Court hereby GRANTS the Stipulation.

IT IS HEREBY ORDERED THAT Plaintiff shall have **until November 14, 2012** to respond to Defendant's REQUEST FOR JUDICIAL NOTICE AND DEFENDANT'S MOTION TO DISMISS, STAY, OR TRANSFER PROCEEDINGS PURSUANT TO "FIRST-TO-FILE" RULE [de 10 & 10-1].

Dated: October 25 2012

The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Proposed] Order Granting Stipulation
Case No.: 12-cv-4846-CRB